**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Malik Deon White, Appellant.

Appellate Case No. 2023-000164

---

Appeal From Beaufort County
Brooks P. Goldsmith, Circuit Court Judge

---

Unpublished Opinion No. 2025-UP-068
Submitted February 1, 2025 – Filed February 26, 2025

---

**AFFIRMED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia; and Solicitor Isaac McDuffie Stone, III, of Bluffton, all for Respondent.

---

**PER CURIAM:** Malik Deon White appeals his conviction for attempted armed robbery and sentence of fifteen years' imprisonment. On appeal, White argues the

sentencing court erred in refusing to award him credit for time served while wearing an electronic monitor.  We affirm pursuant to Rule 220(b), SCACR.

We hold the sentencing court did not abuse its discretion in refusing to credit White with time served while wearing an electronic monitor because the court was not required to award such credit under the statute.  *See State v. Pogue*, 430 S.C. 384, 386, 844 S.E.2d 397, 398 (Ct. App. 2020) ("A sentence will not be overturned absent an abuse of discretion . . . ."); *State v. King*, 367 S.C. 131, 136, 623 S.E.2d 865, 868 (Ct. App. 2005) ("An abuse of discretion occurs when the decision by the [sentencing court] is based on an error of law."); S.C. Code Ann. § 24-13-40 (2025) ("In every case in computing the time served by a prisoner, full credit against the sentence *must* be given for time served prior to trial and sentencing, and *may* be given for any time spent under monitored house arrest." (emphasis added)).

**AFFIRMED.**[1]

**THOMAS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.